HEATHER E. WILLIAMS, Bar #122664
Federal Defender
KARA R. OTTERVANGER, CA Bar #354424
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Kara_Ottervanger@fd.org

Counsel for Defendant
MATTHEW SALDAÑA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:24-CR-140-KES |
| Plaintiff, | |
| v. | STIPULATION AND ORDER REGARDING CONTINUANCE; |
| MATTHEW SALDAÑA, | DATE: December 9, 2024, at 2:00 p.m. |
| Defendant. | TIME: 2:00 p.m.<br>COURT: Hon. Stanley A. Boone |

Defendant Matthew Saldaña, by and through counsel of record, Assistant Federal Defender Kara R. Ottervanger, and Plaintiff United States of America, by and through its counsel of record, Arelis Clemente, and United States Probation Officer Laura Del Villar, hereby stipulate as follows:

This case is set for status conference on December 9, 2024, at 2:00 p.m..  Defendant now moves to continue the status conference until January 13, 2025. No exclusion of time is necessary as this matter concerns a supervision violation petition. The parties agree that, because Mr. Saldaña is charged in the violation petition with a new law violation in Tulare County, it makes sense to wait to see how the Tulare County case progresses before proceeding in this matter. Mr. Saldaña has an initial appearance in the Tulare County case on January 6, 2025. This continuance will provide the defense time to discuss the Tulare County case with the assigned public defender after the initial appearance and get a better understanding of the trajectory of that case.

IT IS SO STIPULATED.

Dated:  December 4, 2024                    PHILLIP A. TALBERT
                                           United States Attorney


                                           */s/ Arelis Clemente*
                                           Arelis Clemente
                                           Assistant United States Attorney


                                           HEATHER E. WILLIAMS
                                           Federal Defender

Dated:  December 4, 2024                    */s/ Kara R. Ottervanger*
                                           Kara R. Ottervanger
                                           Counsel for Defendant
                                           MATTHEW SALDAÑA

Dated: December 4, 2024                     ADAM E. TUNISON
                                           Chief United States Probation Officer

                                           */s/ Laura Del Villar*
                                           Laura Del Villar
                                           United States Probation Officer


## ORDER

Pursuant to the parties' stipulation, the status conference currently set for December 9, 2024, is hereby continued to January 13, 2025, at 2:00 p.m. before the duty Magistrate Judge.

IT IS SO ORDERED.

Dated:   **December 5, 2024**                    */s/ Sheila K. Oberto*
                                           UNITED STATES MAGISTRATE JUDGE