HEATHER E. WILLIAMS, Bar #122664
Federal Defender
KARA R. OTTERVANGER, CA Bar #354424
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Kara_Ottervanger@fd.org

Counsel for Defendant
MATTHEW SALDAÑA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>MATTHEW SALDAÑA,<br><br>　　　　　　　　Defendant. | CASE NO.  1:24-CR-140-KES<br><br>STIPULATION AND ORDER REGARDING CONTINUANCE;<br><br>DATE: January 13, 2025, at 2:00 p.m.<br>TIME: 2:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

Defendant Matthew Saldaña, by and through counsel of record, Assistant Federal Defender Kara R. Ottervanger, and Plaintiff United States of America, by and through its counsel of record, Arelis Clemente, hereby stipulate as follows:

This case is set for status conference on January 13, 2025, at 2:00 p.m.. Defendant now moves to continue the status conference until February 12, 2025. No exclusion of time is necessary as this matter concerns a supervision violation petition. The parties agree that, because Mr. Saldaña is charged in the violation petition with a new law violation in Tulare County, it makes sense to wait to see how the Tulare County case progresses before proceeding in this matter. Mr. Saldaña's initial appearance in the Tulare County case has been rescheduled for January 15, 2025. This continuance will provide the defense time to discuss the Tulare County case with the assigned public defender after the initial appearance and get a better understanding of the trajectory of that case. U.S. Probation Officer Laura Del Villar does not object to this continuance.

STIPULATION TO CONTINUE STATUS CONFERENCE

1

// 

IT IS SO STIPULATED.

Dated: January 8, 2025                          PHILLIP A. TALBERT
                                                United States Attorney


                                                */s/ Arelis Clemente*
                                                Arelis Clemente
                                                Assistant United States Attorney


                                                HEATHER E. WILLIAMS
                                                Federal Defender

Dated: January 8, 2025                          */s/ Kara R. Ottervanger*
                                                Kara R. Ottervanger
                                                Counsel for Defendant
                                                MATTHEW SALDAÑA

## ORDER

IT IS SO ORDERED that the status conference currently scheduled for January 13, 2025, at 2:00 p.m., is continued to February 12, 2025, at 2:00 p.m. before the duty Magistrate Judge.

IT IS SO ORDERED

Dated: January 10, 2025

                                                *Sheila K. Oberto*
                                                THE HONORABLE SHEILA K. OBERTO
                                                UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE STATUS
CONFERENCE                                      2