1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  KARA R. OTTERVANGER, CA Bar #354424
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5  Kara_Ottervanger@fd.org

6  Counsel for Defendant
   MATTHEW SALDAÑA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00140-KES |
|---|---|
| Plaintiff, | |
| v. | STIPULATION REGARDING CONTINUANCE; AND ORDER |
| MATTHEW SALDAÑA, | DATE: February 12, 2025, at 2:00 p.m. |
| Defendant. | TIME: 2:00 p.m. |
|  | COURT: Hon. Sheila K. Oberto |

Defendant Matthew Saldaña, by and through counsel of record, Assistant Federal Defender Kara R. Ottervanger, and Plaintiff United States of America, by and through its counsel of record, Arelis Clemente, hereby stipulate as follows:

This case is set for status conference on February 12, 2025, at 2:00 p.m.. Defendant now moves to convert the status conference to a change of plea hearing, and continue the date until February 18, 2025. No exclusion of time is necessary as this matter concerns a supervision violation petition.

U.S. Probation Officer Laura Del Villar does not object to this continuance.

IT IS SO STIPULATED.

//

//

//

//

STIPULATION TO CONTINUE STATUS CONFERENCE

1

| | |
|---|---|
| Dated: January 22, 2025 | PHILLIP A. TALBERT<br>United States Attorney |
| | */s/ Arelis Clemente*<br>Arelis Clemente<br>Assistant United States Attorney |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Dated: January 22, 2025 | */s/ Kara R. Ottervanger*<br>Kara R. Ottervanger<br>Counsel for Defendant<br>MATTHEW SALDAÑA |

## **ORDER**

IT IS SO ORDERED that the status conference currently scheduled for February 12, 2025, at 2:00 p.m., is vacated and an admission hearing is set for **February 18, 2025, at 2:00 p.m. before Magistrate Judge Stanley A. Boone**.

IT IS SO ORDERED.

Dated:   **January 23, 2025**          /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE STATUS CONFERENCE                    2